IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thigpen, Rosalie | Case Number: 05 B 01370 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/1/08 | Filed: 1/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 17, 2008
Confirmed: February 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 27,090.29 | |
| Secured: | | 21,431.57 |
| Unsecured: | | 1,622.50 |
| Priority: | | 0.00 |
| Administrative: | | 2,719.50 |
| Trustee Fee: | | 1,304.35 |
| Other Funds: | | 12.37 |
| Totals: | 27,090.29 | 27,090.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,719.50 | 2,719.50 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 19,013.03 | 5,144.09 |
| 4. | Mitsubishi Motors Credit Of America | Secured | 16,287.48 | 16,287.48 |
| 5. | RoundUp Funding LLC | Unsecured | 174.93 | 0.00 |
| 6. | Nicor Gas | Unsecured | 93.18 | 22.90 |
| 7. | RoundUp Funding LLC | Unsecured | 905.71 | 222.61 |
| 8. | Ginny's | Unsecured | 117.49 | 17.17 |
| 9. | Mitsubishi Motors Credit Of America | Unsecured | 4,308.45 | 1,058.97 |
| 10. | Resurgent Capital Services | Unsecured | 496.57 | 122.05 |
| 11. | Seventh Avenue | Unsecured | 501.65 | 123.29 |
| 12. | Resurgent Capital Services | Unsecured | 225.86 | 55.51 |
| 13. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | BP Amoco | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Dress Barn | Unsecured | | No Claim Filed |
| 22. | Lerner Stores | Unsecured | | No Claim Filed |
| 23. | H & R Accounts | Unsecured | | No Claim Filed |
| 24. | Shell Credit Card | Unsecured | | No Claim Filed |
| 25. | Spiegel | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thigpen, Rosalie | Case Number: 05 B 01370 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 7/1/08 | Filed: 1/18/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Tri-State Adjustments | Unsecured | | No Claim Filed |
| 27. | Superior Bank FSB | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,843.85 | $ 25,773.57 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 166.20 |
| 3% | 78.81 |
| 5.5% | 328.99 |
| 5% | 147.34 |
| 4.8% | 246.81 |
| 5.4% | 336.20 |
| | _____ |
| | $ 1,304.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____